863 A.2d 1140

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**OSRAM SYLVANIA, INC., Appellee.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of December, 2004, based on our *per curiam* affirmance of *Canteen Corp. v. Commonwealth,* 818 A.2d 594 (Pa.Cmwlth.2003), *affirmed* 578 Pa. 504, 854 A.2d 440 (2004), and because this case relies heavily on its reasoning and is factually indistinguishable, the *en banc* decision of the Commonwealth Court is hereby affirmed.